1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                 SOUTHERN DISTRICT OF CALIFORNIA
8

9   UNITED STATES OF AMERICA,          Case No.: 22-cr-1653-JO

10                      Plaintiff,      **ORDER CONTINUING MOTION**
                                        **HEARING/TRIAL SETTING**
11   v.

12   JACQUELYN ARELLANO,

13                      Defendant.

14

15        On September 28, 2022, the parties filed a Joint Motion to Continue the Motion

16  Hearing/Trial Setting currently set for October 7, 2022 to November 4, 2022.  For good

17  cause appearing, the Court GRANTS the joint motion to continue [Dkt. 16] and sets the

18  Motion Hearing/Trial Setting on November 4, 2022 at 10:30 a.m.

19        For the reasons set forth in the joint motion, the Court finds that the ends of justice

20  will be served by granting the requested continuance, and these outweigh the interests of

21  the public and the defendant in a speedy trial.  Accordingly, the delay occasioned by this

22  continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

23  //
24  //
25  //
26  //
27  //
28  //

1   Further, on July 26, 2022, the Defendant filed a pretrial motion that remains pending.

2   Accordingly, the Court finds that time from July 26, 2022 to November 4, 2022 shall be

3   excluded under the Speedy Trial Act on grounds that a pretrial motion is pending.   18

4   U.S.C. § 3161(h)(1)(D).

5   IT IS SO ORDERED.

6   Dated:   10/4/22

7   Hon. Jinsook Ohta
    UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28